

# Ronai & Ronai, LLP

### Attorneys at Law

The Ronai Building
34 Adee Street, Port Chester, New York 10573
Telephone (914) 824-4777

Manhattan Office:
45 Rockefeller Plaza, Suite 2000
New York, NY 10111
Telephone (212) 268-4777

January 13, 2025

**VIA ECF**

Honorable Katherine Polk Failla, USDJ
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:    Zord v. City Of New York et al.
        Case No.: 24-cv-08618-KPF

Your Honor:

We represent plaintiff Lorinc Zord in the above referenced action.

Pursuant to Your Honor's Individual rules, the parties jointly request an adjournment of the Initial Conference presently scheduled to be held on January 16, 2025. The Court recently reviewed the parties joint letter dated January 9, 2025 (DE 25-1) and entered a Case Management Plan and Scheduling Order (DE 26). At this time, the parties do not have any issues to be raised at the time of the conference.

This is the parties' first request for an adjournment.

Thank you.

Respectfully,

RONAI & RONAI, LLP
Attorneys for Plaintiff

By: Holly Ostrov Ronai (HO3923)

Cc: all parties via ECF

Application GRANTED.  The initial pretrial conference currently
scheduled for January 16, 2025 is hereby ADJOURNED *sine die*.

The Clerk of Court is directed to terminate the pending motion at docket
entry 27.

Dated:     January 13, 2025          SO ORDERED.
           New York, New York


HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE